UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: Oleg Khutoretskiy<br>Debtor<br><br>In re: Irina Khutoretskaya<br>Debtor | Case Number 22-42697<br><br>Chapter 7 |
|---|---|

## Affidavit of Service

State of New York, County of Nassau ) ss.:

I, the undersigned, being duly sworn, deposes and says:
(1) I am not a party to this action; (2) I am employed by Sheldon May & Associates, P.C. in the County of Nassau, State of New York; and (3) I am over the age of 18 and not a party to the within action.

On December 13, 2022, I served the Notice of Motion for Relief from the Automatic Stay 11 U.S.C. §362, Affirmations in Support of the Motion and Motion and Proposed Order, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| Debtor | Oleg Khutoretskiy 115 Baden Place, Staten Island, NY 10306 |
|---|---|
| Co-Debtor if any) | Irina Khutoretskaya 115 Baden Place, Staten Island, NY 10306 |
| Debtor's Attorney | Nadezhda Ursulova, Esq., 178 Brighton 11 Street, Suite 201, Brooklyn, NY 11235 |
| Trustee | Lori Lapin Jones 98 Cutter Mill Rd., Suite 255 South, Great Neck, NY 11021 |
| U.S. Trustee | 201 Varick St., Suite 1006, New York, NY 10014 |

/S/Kara Silva
Kara Silva

Sworn to before me this
13th day of December, 2022

/S/Ted Eric May
Ted Eric May
Notary Public, State of New York
Registration No. 02MA5087205
Qualified in Nassau County
Commission Expires October 27, 2025