UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: Oleg Khutoretskiy Debtor | Case Number 22-42697 |
|---|---|
| In re: Irina Khutoretskaya Debtor | Chapter 7 |

Certificate of Service

I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| Debtor's Attorney | Nadezhda Ursulova, Esq., 178 Brighton 11 Street, Suite 201, Brooklyn, NY 11235 |
|---|---|
| Trustee | Lori Lapin Jones 98 Cutter Mill Rd., Suite 255 South, Great Neck, NY 11021 |
| U.S. Trustee | 201 Varick St., Suite 1006, New York, NY 10014 |

And, I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants:

| Debtor | Oleg Khutoretskiy 115 Baden Place, Staten Island, NY10306 |
|---|---|
| Co-Debtor if any) | Irina Khutoretskaya 115 Baden Place, Staten Island, NY10306 |

/S/Ted Eric May, Esq.
Ted Eric May, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Oleg Khutoretskiy<br>Debtor<br><br>In re: Irina Khutoretskaya<br>Debtor | Case Number 22-42697<br><br>Chapter 7 |

Summary of Attachment(s) and Certificate of Service

The following attachment(s) in reference to the Motion for Relief from the Automatic Stay are available upon request:

1. Note
2. Mortgage and Assignment of Mortgage
3. Power of Attorney
4. Broker's Price Opinion

Respectfully submitted:

/S/Ted Eric May, Esq.
Attorney for Secured Creditor

Copy of the above served this December 13, 2022 on:

| Debtor's Attorney | Nadezhda Ursulova, Esq., 178 Brighton 11 Street, Suite 201, Brooklyn, NY 11235 |
|---|---|
| Trustee | Lori Lapin Jones 98 Cutter Mill Rd., Suite 255 South, Great Neck, NY 11021 |
| U.S. Trustee | 201 Varick St., Suite 1006, New York, NY 10014 |
| Debtor | Oleg Khutoretskiy 115 Baden Place, Staten Island, NY10306 |
| Co-Debtor if any) | Irina Khutoretskaya 115 Baden Place, Staten Island, NY10306 |