EXHIBIT "C"

# Sales Comparison Analysis of 115 BADEN PLACE, Staten Island

| | Subject | Comparable No. 1 | | Comparable No. 2 | | Comparable No. 3 | |
|---|---|---|---|---|---|---|---|
| Proximity | 0.00 | 0.33 | | 0.47 | | 0.47 | |
| Legal ID | 3806-33 | 3882-16 | | 3822-19 | | 3684-25 | |
| | 115 BADEN PLACE | 260 GRIMSBY STREET | | 312 KISWICK STREET | | 712 LACONIA AVENUE | |
| Location | Midland Beach 10306 | Midland Beach | | Midland Beach | | Midland Beach | |
| Sale Price | | 815,000 | | 840,000 | | 770,000 | |
| | | Description | Adjustment | Description | Adjustment | Description | Adjustment |
| Sale Date | | 03/04/2022 | 0 | 11/09/2022 | 0 | 08/11/2022 | 0 |
| Document ID | | | | | | | |
| School | | | 0 | | 0 | | 0 |
| Class | B2 | B2 | 0 | B2 | 0 | B2 | 0 |
| Lot Size | .09 (40X100) | 40X100 (.09) | 0 | 40X100 (.09) | 0 | 28.5X105 (.07) | 2,614 |
| Stories | 2 | 2 | 0 | 2 | 0 | 2 | 0 |
| Yr Built | 1930 | 1920 | 0 | 1975 | 0 | 1978 | 0 |
| Rms/Baths | | | 0 | | 0 | | 0 |
| Sqft | 2,000 | 1,768 | 10,440 | 2,780 | -35,100 | 1,760 | 10,800 |
| Garage | | | | | | | |
| Other1 | | | | | | | |
| Other2 | | | | | | | |
| Net Adjust | | | 10,440 | | -35,100 | | 13,414 |
| Adj Price | | | 825,440 | | 804,900 | | 783,414 |

You are using the "classic" GeoData Plus Market Analysis. To access the new and improved Market Analysis, you can click on this link to do so.
Note: In areas outside of Nassau County NY, Suffolk County NY, and New York City, you will see the Dynamic Local Market Adjustments.

Calculated Market Value: **$804,585**


GeoData Plus

Prepared by Elizabeth Ameno
Thursday, December 8, 2022

© 2000-2022 ATTOM Data Solutions
ATTOM Data Solutions assumes no liability for the data contained in this report.

# Staten Island Comparables Report

## Search Criteria:

| | |
|---|---|
| Location | .5 Mile Radius / Zip Code (10306) |
| Sale Date | 12/9/2021 - 12/8/2022 |
| Class | Same Class (B2) |

## Statistics:

| | |
|---|---|
| High Sale Price | $840,000 |
| Average Sale Price | $808,333 |
| Low Sale Price | $770,000 |
| Median Sale Price | $815,000 |

## Comparables: 3

| Photo | Dist | Legal | Address | Use | NYC SQFT | Calc SQFT | Bldg Size | Ht | Units | Lot Size | Acr | Age | Zone | Sale Price | PPSFT | Sale Date | Rec Date | Parties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | Blk:3806 Lot:33 | 115 BADEN PLACE Midland Beach 10306 | B2 | 2,000 | 2,600 | 160 | 2 | 2 | 40 X 100 | 0.09 | 1930 | R-3-1 | | | | | |
| | 0.33 | Blk:3882 Lot:16 | 260 GRIMSBY STREET Midland Beach 10306 | B2 | 1,768 | 1,400 | 25 X 28 | 2 | 2 | 40 X 100 | 0.09 | 1920 | R-3-1 | $815,000 | $461 | 03/04/2022 | 03/31/2022 | B: DONG XIAO D S: DEFLORIO CATALINA |
| Listed on 10/27/2021 for $800,000. Contracted 11/03/2021. Sold 1.88% above asking price, 121 days on market. ||||||||||||||||||
| | 0.47 | Blk:3822 Lot:19 | 312 KISWICK STREET Midland Beach 10306 | B2 | 2,780 | 2,700 | 27 X 50 | 2 | 2 | 40 X 100 | 0.09 | 1975 | R-3-1 | $840,000 | $302 | 11/09/2022 | 11/30/2022 | B: LIHARI ARIAN S: CARR CO-TRUSTEE PETER |
| Listed on 03/17/2022 for $874,888. Contracted 08/06/2022. Sold 3.99% below asking price, 95 days on market. ||||||||||||||||||
| | 0.47 | Blk:3684 Lot:25 | 712 LACONIA AVENUE Midland Beach 10306 | B2 | 1,760 | 1,536 | 16 X 48 | 2 | 2 | 28.5 X 105 | 0.07 | 1978 | R-3-1 | $770,000 | $438 | 08/11/2022 | 09/14/2022 | B: CHEN SHI JIN S: FIRESTONE A |
| Listed on 04/18/2022 for $735,000. Contracted 04/26/2022. Sold 4.76% above asking price, 107 days on market. ||||||||||||||||||

(c) 2000-2022 ATTOM Data Solutions
ATTOM Data Solutions assumes no liability for the data contained in this report.

Data Plus



Staten Island Comparables Report





(c) 2000-2022 ATTOM Data Solutions
ATTOM Data Solutions assumes no liability for the data contained in this report.