UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: Oleg Khutoretskiy
        Debtor

In re: Irina Khutoretskaya
        Debtor

Case Number 22-42697

Chapter 7

Order Granting JDRM LLC DBPP, SM, SKP & JD LLC Motion From Relief From Automatic Stay With respect to 115 Baden Place, Staten Island, NY10306

    Coming before the Court on January 19, 2023, was the motion of JDRM LLC DBPP, SM, SKP & JD LLC (hereinafter "Secured Creditor") for relief from the automatic stay. After due deliberation, it is hereby

    ORDERED, that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to the Secured Creditor's lien interest in the property located at 115 Baden Place, Staten Island, NY10306; and it is further

    **ORDERED** that the Secured Creditor shall immediately provide an accounting to the trustee of any surplus monies realized.

    **ORDERED th**at upon entry of this Order, the estate's interest and/or any other interest in the Property located at 115 Baden Place, Staten Island, NY10306 is abandoned by the Chapter 7 Trustee.

###