```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
In Re:                             Case No. 22-42697-nhl

Oleg Khutoretskiy
Irina Khutoretskaya
                                   Chapter 7
              Debtors
----------------------------------x
```

**ORDER**

**Whereas**, the above-captioned case having been initiated by the filing of a petition under Chapter 7 of Title 11 of the United States Code on October 28, 2022, and

**Whereas**, on January 11, 2023, the debtors filed a request for loss mitigation, and

**Whereas**, due to an administrative error, the Order of Discharge dated February 1, 2023, was prematurely issued, it is hereby

**ORDERED**, that the Order of Discharge dated February 1, 2023, that released the debtors from all dischargeable debts is hereby vacated, and it is further

**ORDERED**, that the Clerk of Court notify the debtors, the debtors' counsel, creditors, and all parties-in-interest of this order vacating the Order of Discharge.



Dated: February 8, 2023
Brooklyn, New York

_____
**Nancy Hershey Lord**
United States Bankruptcy Judge